1

2

3                          UNITED STATES DISTRICT COURT

4                          EASTERN DISTRICT OF CALIFORNIA

5

6    ALEJANDRO JOSE MORALES,              1:13-cv-01582-GSA-(PC)

7              Plaintiff,

8         v.                             ORDER TO SUBMIT APPLICATION
                                         TO PROCEED IN FORMA PAUPERIS
9    HEZEKIAN SHERWOOD, et al.,           OR PAY FILING FEE WITHIN 45 DAYS

10             Defendants.

11

12        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

13   § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in

14   forma pauperis pursuant to 28 U.S.C. § 1915.

15        Accordingly, IT IS HEREBY ORDERED that:

16        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

17   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

18   the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

19   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

20   submit a certified copy of his/her prison trust statement for the six month period immediately

21

22   preceding the filing of the complaint.  **Failure to comply with this order will result in dismissal**

23   **of this action.**

24

25   IT IS SO ORDERED.

26

27   Dated:   __October 3, 2013__              _____/s/ Gary S. Austin_____
                                             UNITED STATES MAGISTRATE JUDGE
28