UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JOSE MORALES,<br><br>          Plaintiff,<br><br>     vs.<br><br>HEZEKIAH SHERWOOD, et al.,<br><br>          Defendants. | 1:13-cv-01582-AWI-GSA-PC<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE<br>(Doc. 1.)<br><br>ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |

Alejandro Jose Morales ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On October 1, 2013, Plaintiff filed an unsigned civil complaint. (Doc. 1.) All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint, filed on October 1, 2013, is STRICKEN from the record for lack of signature;
2. The Clerk's Office shall send Plaintiff a form §1983 complaint;
3. Within thirty days from the date of service of this order, Plaintiff is required to file an amended complaint bearing Plaintiff's original signature; and

///

///

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 8, 2013**               **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE