# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JOSE MORALES,<br><br>       Plaintiff,<br><br>  vs.<br><br>HEZEKIAH SHERWOOD, et al.,<br><br>       Defendants. | 1:13-cv-01582-AWI-GSA-PC<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE<br>(Doc. 1.)<br><br>ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |

Alejandro Jose Morales ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On October 1, 2013, Plaintiff filed an unsigned civil complaint.  (Doc. 1.)  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's complaint, filed on October 1, 2013, is STRICKEN from the record for lack of signature;

2.     The Clerk's Office shall send Plaintiff a form §1983 complaint;

3.     Within thirty days from the date of service of this order, Plaintiff is required to file an amended complaint bearing Plaintiff's original signature; and

///

///

1

4.      Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 8, 2013**                          **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE