UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JOSE MORALES,<br><br>  Plaintiff,<br><br>  vs.<br><br>H. SHERWOOD, et al.,<br><br>  Defendants. | 1:13-cv-01582-AWI-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED AGAINST DEFENDANTS SHERWOOD AND COONTZ FOR EXCESSIVE FORCE, AGAINST DEFENDANT COONTZ FOR FAILURE TO PROTECT, AND AGAINST DEFENDANT SHERWOOD FOR RETALIATION, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 20 DAYS |

 Alejandro Jose Morales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 1, 2013.  (Doc. 1.)  The case now proceeds on the First Amended Complaint filed by Plaintiff on December 2, 2013.  (Doc. 9.)  The First Amended Complaint names Correctional Officer H. Sherwood, C/O G. Coontz, Lieutenant A. Smith, and Registered Nurse N. Gray as defendants, and alleges claims for excessive force, failure to protect, inadequate medical care, and retaliation.

 The court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims under § 1983 against defendants Sherwood and Coontz for excessive force, against defendant Coontz for failure to protect, and against defendant Sherwood for retaliation, and that the First Amended Complaint states no other cognizable claims.  (Doc. 12.)  On March 5, 2014, Plaintiff was granted leave to either file an amended complaint or notify the court that he is willing to proceed only on the claims found cognizable by the court.  (Id.)  On March 14, 2014, Plaintiff filed a notice informing the court

that he is willing to proceed only on the cognizable claims against defendants Sherwood and Coontz, and he does not wish to file an amended complaint. (Doc. 13.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed against defendants Sherwood and Coontz for use of excessive force in violation of the Eighth Amendment; against defendant Coontz for failure to protect Plaintiff in violation of the Eighth Amendment; and against defendant Sherwood for retaliation in violation of the First Amendment;

2. All remaining claims and defendants be dismissed from this action;

3. Plaintiff's claims for inadequate medical care be dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted; and

4. Defendants Lieutenant A. Smith and Registered Nurse N. Gray be dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty (20) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **March 18, 2014**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE