UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDO JOSE MORALES, | 1:13-cv-01582-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING REQUESTS TO EXPEDITE CASE |
| vs. | (Docs. 28, 29.) |
| H. SHERWOOD, et al., | |
| Defendants. | |

## I. BACKGROUND

Alejandro Jose Morales ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 1, 2013. (Doc. 1.) Plaintiff's Third Amended Complaint, filed on July 3, 2014, awaits the court's requisite screening under 28 U.S.C. § 1915A. (Doc. 27.)

On January 12, 2015 and February 19, 2015, Plaintiff filed requests for the court to expedite the screening of his Third Amended Complaint. (Docs. 28, 29.)

## II. PLAINTIFF'S REQUESTS

Plaintiff requests the court to expedite his case. The court ordinarily screens complaints in the order in which they are filed at the court and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the court, and delays are inevitable despite the court's best efforts. Plaintiff's Third Amended Complaint

1

will be screened in due course.  Therefore, Plaintiff's requests for expedited screening shall be denied.

**III.    CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's requests to expedite his case, filed on January 12, 2015 and February 19, 2015, are DENIED.

IT IS SO ORDERED.

Dated:   **February 20, 2015**                              **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE