UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JOSE MORALES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>H. SHERWOOD, et al.,<br><br>　　　　Defendants. | 1:13-cv-01582-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 31.)<br><br>ORDER FOR THIS ACTION TO PROCEED WITH THE THIRD AMENDED COMPLAINT, ON PLAINTIFF'S CLAIMS AGAINST DEFENDANTS SHERWOOD, COONTZ, AND FELIX FOR EXCESSIVE FORCE; AGAINST DEFENDANT SHERWOOD FOR RETALIATION; AND AGAINST DEFENDANT COONTZ FOR FAILURE TO PROTECT PLAINTIFF; AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS FROM THIS ACTION FOR FAILURE TO STATE A CLAIM |

　　Alejandro Jose Morales ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On April 15, 2015, the Court entered Findings and Recommendations, recommending that this action proceed with the with the Third Amended Complaint, against defendants Sherwood, Coontz, and Felix for use of excessive force under the Eighth Amendment; against defendant Sherwood for retaliation under the First Amendment; and against defendant Coontz for failure to protect Plaintiff in violation of the Eighth Amendment; and that all other claims and defendants be dismissed for failure to state a claim. (Doc. 31.)  Plaintiff was provided an opportunity to file objections to the Findings and Recommendations within thirty days.   To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 15, 2015, are ADOPTED in full;

2. This action now proceeds on Plaintiff's Third Amended Complaint filed on July 3, 2014, against defendants Sherwood, Coontz, and Felix for use of excessive force under the Eighth Amendment; against defendant Sherwood for retaliation under the First Amendment; and against defendant Coontz for failure to protect Plaintiff in violation of the Eighth Amendment;

3. All remaining claims and defendants are DISMISSED from this action;

4. Plaintiff's claims for inadequate medical care under the Eighth Amendment, and for falsification of his disciplinary report under the Due Process Clause are dismissed for Plaintiff's failure to state a claim under § 1983;

5. Defendants Gilera and Gray are dismissed from this action based on Plaintiff's failure to state any claims against them;

6. The Clerk of Court is directed to reflect the dismissal of defendants Gilera and Gray from this action on the court's docket; and

7. This case is referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated:   May 28, 2015                              _____
                                                                    SENIOR  DISTRICT  JUDGE