UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JOSE MORALES,<br><br>           Plaintiff,<br><br>      vs.<br><br>H. SHERWOOD, et al.,<br><br>           Defendants. | 1:13-cv-01582-AWI-GSA-PC<br><br>ORDER STRIKING WITNESS DECLARATIONS AS IMPROPERLY FILED<br>(ECF No. 40.)<br><br>ORDER FOR CLERK TO RETURN ORIGINAL DECLARATIONS TO PLAINTIFF |

Alejandro Jose Morales ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 1, 2013.  (ECF No. 1.)  This case now proceeds with the Third Amended Complaint filed on July 3, 2014, against defendants Sherwood, Coontz, and Felix for use of excessive force under the Eighth Amendment; against defendant Sherwood for retaliation under the First Amendment; and against defendant Coontz for failure to protect Plaintiff in violation of the Eighth Amendment.  (ECF No. 32.)

This case is presently in the discovery phase, pursuant to the court's scheduling order issued on August 20, 2015.  (ECF No. 39.)  On August 31, 2015, Plaintiff filed declarations of four inmate witnesses and served copies on defense counsel.

1

The declarations are improperly filed with the court. To the extent that the declarations are responses to discovery requests, Plaintiff is advised that discovery documents should be sent to the Defendants, not to the court. Fed. R. Civ. P. 33, 34, 36. Pursuant to Local Rules, discovery documents including interrogatories, requests for production of documents, requests for admission, responses, and proofs of service, "shall not be filed unless and until there is a proceeding in which the document or proof of service is at issue." L.R. 250.2(c), 250.3(c), 250.4(c). Here, there is no indication that a proof of service or any discovery document is at issue in this case. Therefore, Plaintiff's witnesses' declarations shall be stricken from the record as improperly filed.

To the extent that the declarations are intended as future evidence to be used at trial, it is premature to submit such evidence. Trial has not been scheduled in this action, and there are no pending motions for which submission of evidence is appropriate. If this action reaches a juncture at which the submission of evidence is appropriate and necessary (e.g., summary judgment or trial), Plaintiff will have the opportunity at that time to submit his evidence.

Accordingly, it is HEREBY ORDERED that:

1. The witness declarations filed by Plaintiff on October 31, 2015, are STRICKEN from the record as improperly filed; and

2. The Clerk of Court is directed to return the original declarations to Plaintiff.

IT IS SO ORDERED.

Dated:   **September 2, 2015**                             **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE