UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JOSE MORALES,<br><br>    Plaintiff,<br><br>  vs.<br><br>SHERWOOD, et al.,<br><br>    Defendants. | 1:13-cv-01582-DAD-EPG-PC<br><br>NOTICE OF TELEPHONIC HEARING BEFORE JUDGE ERICA P. GROSJEAN ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br>(ECF No. 46.)<br><br>**May 19, 2016 at 11:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic hearing on **May 19, 2016 at 11:00 a.m.** before Magistrate Judge Erica P. Grosjean on Defendants' motion for summary judgment filed on October 7, 2015**.**  (ECF No. 46.)

Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:   **April 21, 2016**                               /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE